In the Matter of the Discovery of the Assets of the Estate of BENJAMIN F. LANE, Deceased. EMMA D. REEVE, Individually and as Executrix, etc., of BENJAMIN F. LANE, Deceased, Appellant; JOHN C. JUDGE, Respondent. In the Matter of Proving the Last Will and Testament, and Codicil Thereto, of BENJAMIN F. LANE, Deceased, as a Will and Codicil of Real and Personal Property. EMMA D. REEVE, Individually and as Executrix, etc., of BENJAMIN F. LANE, Deceased, Appellant; JOHN C. JUDGE, Respondent.— Order of the Surrogate's Court of Queens county fixing lien for services modified by striking therefrom in the second, third and fourth decretal paragraphs the words " Four thousand ($4,000.00) Dollars " and by substituting therefor the words " Two thousand ($2,000.00) Dollars," so that the total compensation accorded to the respondent shall be $4,280. As thus modified the order, in so far as appealed from, is unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.   [147 Misc. 138.]

In the Matter of the Discovery of the Assets of the Estate of BENJAMIN F. LANE, Deceased. EMMA D. REEVE, Appellant; VIOLET LANE STRIECKER, as Temporary Administratrix, etc., of BENJAMIN F. LANE, Deceased, Respondent. (Proceeding No. 3.) — Decree of the Surrogate's Court of Queens county reversed on the law and the facts, without costs, and the petition dismissed, without costs. The testimony and circumstances established a valid gift *inter vivos* and the application of the odd sums of money to the use and benefit of the decedent.   The matter is remitted to the Surrogate's Court to enter a decree accordingly. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

KEW ARMS, INC., Respondent, Appellant, v. ROSE LEWIS FLEISCHMAN and Others, Defendants, Impleaded with THE MANHATTAN SAVINGS INSTITUTION, Appellant, Respondent.— Order, so far as appealed from by defendant The Manhattan Savings Institution, reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, the bill of particulars to be served within ten days from the entry of the order herein. Order, so far as appealed from by plaintiff, affirmed. In our opinion, the defendant, appellant, was entitled to the information sought as to the precise character of plaintiff's claim, including the names of the persons who held the outstanding paramount title alleged in the complaint. Although the complaint alleges that plaintiff asserts no personal claim against the defendant, appellant, the latter is entitled to defend its mortgage interest and lien in the property and to assert title thereto in the mortgagor. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.